OFFICE OF DISCIPLINARY COUNSEL *v.* MCELRATH.

[Cite as *Disciplinary Counsel v. McElrath* (1994), 71 Ohio St.3d 131.]

(No. 94–1866—Submitted October 11, 1994—Decided December 14, 1994.)

132

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*J. Michael Drain,* for respondent.

---

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board. While we agree with the two-year suspension and conditions recommended by the board, we stay only one year of said suspension, and thereafter place respondent on a one-year monitored probation. The conditions, as recommended by the board, shall apply during the full two-year suspension and probationary period. If respondent violates any of the conditions outlined by the board during the period of his probation, the two-year term of suspension will be automatically reimposed. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.